```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUIDEHOUSE LLP,

                                              Plaintiff,                      **ORDER SCHEDULING TELEPHONE**
                                                                                **CONFERENCE**
                -against-
                                                                                  **19-CV-9470 (MKV)**

RIZWAN SHAH,

                                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 37).  A telephone conference will be held on **Wednesday, February 10, 2021 at 12:45 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 28, 2021
       New York, New York

                                                                            _____
                                                                           KATHARINE H. PARKER
                                                                           United States Magistrate Judge