USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUIDEHOUSE LLP,

        Plaintiff,

-against-

RIZWAN SHAH,

        Defendant.

1:19-cv-09470-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received Plaintiff's letter motions dated May 26, 2021 [ECF Nos. 64–66].

Plaintiff's motion to adjourn the bench trial previously scheduled for June 28, 2021, due to health issues of a material witness, made with consent of Defendant [ECF Nos. 65–66], is GRANTED. The trial is adjourned *sine die*.

Plaintiff's motion to seal its motion for adjournment [ECF No. 64] is GRANTED. Docket entry 65 shall be kept under seal.

The pretrial conference scheduled for June 22, 2021, at 1:00 PM will proceed as scheduled. The parties should be prepared to discuss their availability for a rescheduled trial. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

The Clerk of Court is respectfully requested to close docket entries 64, 65, and 66 and to keep docket entry 65 under seal.

**SO ORDERED.**

**Date: May 27, 2021**          **MARY KAY VYSKOCIL**
**New York, NY**          **United States District Judge**